# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. DONALD ROBILLARD, Defendant. | 17-PO-5011-JTJ VIOLATION: 6531037 Location Code: M23F ORDER |

Based upon the unopposed motion of the United States and for good cause appearing,

IT IS HEREBY ORDERED that VN 6531037 is DISMISSED.

DATED this 1st February, 2017.

_____
John Johnston
United States Magistrate Judge